UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. SANCHEZ,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN McDONNEL,<br><br>        Respondent. | No. CV 10-5416-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 1, 2013      _____
                                                 STEPHEN V. WILSON
                                              United States District Judge